UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Yvette McCarroll,

    Plaintiff,

    v.                                                  Case No. 2:13–cv–1131

Commissioner of Social Security,         Judge Michael H. Watson

    Defendant.

## ORDER

On October 22, 2014, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Yvett McCarroll's ("Plaintiff") Statement of Specific Errors in this Social Security case. ECF No. 21. Judge Kemp recommended that Plaintiff's statement of errors be sustained to the extent that this case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four. R&R 14, ECF No. 21.

Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* Judge Kemp also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 15. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED,** and the case is remanded to the Commissioner as outlined in the R&R.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**